**612**

Francisco Javier SANCHEZ–
MENDOZA, Petitioner,

v.

Eric H. HOLDER, Jr., Attorney
General, Respondent.

No. 05–76226.

United States Court of Appeals,
Ninth Circuit.

Submitted April 13, 2009.*

Filed April 24, 2009.

David Neumeister, Law Office of David
Neumeister, Bakersfield, CA, for Petition-
er.

Holly Smith, Esquire, U.S. Department
of Justice, Civil Division/Office of Immi-
gration Litigation, Washington, DC, Ron-
ald E. Lefevre, Office of the District Coun-
sel, Department of Homeland Security,
San Francisco, CA, for Respondent.

Before: GRABER, GOULD, and BEA,
Circuit Judges.

### MEMORANDUM **

Francisco Javier Sanchez–Mendoza, a
native and citizen of Mexico, petitions for
review of the Board of Immigration Ap-
peals' ("BIA") order dismissing his appeal
from an immigration judge's removal or-
der. We have jurisdiction pursuant to 8
U.S.C. § 1252, and we grant the petition
for review and remand for further pro-
ceedings.

The BIA determined that Sanchez–Men-
doza's failure to resubmit his fingerprints
was a sufficient reason to deny his applica-
tion for cancellation of removal. The BIA,
however, did not have the benefit of our
intervening decision in *Cui v. Mukasey,*
538 F.3d 1289 (9th Cir.2008), which held
that the denial of a continuance for finger-
print processing prior to April 2005 may
be an abuse of discretion. We therefore
remand for the BIA to reconsider its dis-
missal of Sanchez–Mendoza's appeal. *See
id.* at 1292–95; *see also Karapetyan v.
Mukasey,* 543 F.3d 1118, 1129–32 (9th Cir.
2008).

In light of our disposition, we need not
address Sanchez–Mendoza's due process
contention.

**PETITION FOR REVIEW GRANT-
ED; REMANDED.**

---

* The panel unanimously finds this case suitable
for decision without oral argument. *See* Fed.
R.App. P. 34(a)(2).

** This disposition is not appropriate for publi-
cation and is not precedent except as provid-
ed by 9th Cir. R. 36–3.